The document below is hereby signed.

Signed: July 25, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| STEPHEN THOMAS YELVERTON, | ) | Case No. 09-00414 |
| | ) | (Chapter 11) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LUDWIG AND ROBINSON PLLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 09-10023 |
| STEPHEN THOMAS YELVERTON, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JUDGMENT</u>

Pursuant to a memorandum decision of this date, it is

ORDERED that the Stephen Thomas Yelverton recover of Ludwig and Robinson PPLC $40 together with interest as provided by 28 U.S.C. § 1961 after the date of entry of this judgment.

[Signed and dated above.]

Copies to: All counsel of record; Office of United States Trustee.